ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiffs,<br><br>vs.<br><br>COPPER CREEK HOMEOWNER'S ASSOCIATION; HAMPTON & HAMPTON P.C.,<br><br>Defendants. | Case No.: 2:16-cv-02934-RFB-PAL<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST** |

Plaintiffs Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) and Federal National Mortgage Association (**Fannie Mae**), and Defendants Copper Creek Homeowners' Association (**Copper Creek**) and Hampton & Hampton, P.C. (**Hampton**), through their counsel of record, stipulate as follows:

1. This matter relates to real property located 5399 Bradford Pear Drive, Las Vegas, Nevada 89122, APN 161-26-311-173 (the **Property**). The Property is more specifically described as:

…

LOT FIVE HUNDRED EIGHTEEN (518) OF COPPER CREEK UNIT NO. 3 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 126 OF PLATS, PAGE 82 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED OCTOBER 19, 2005, IN BOOK 20051019, AS DOCUMENT NO. 04131.

A.P.N.: **161-26-311-173**

2. BANA, as loan servicer for Fannie Mae, is the beneficiary of record of a Deed of Trust that was recorded against the Property on November 30, 2006, as Document Number 20061130-0006621 in the Official Records of Clark County, Nevada (the **Deed of Trust**).

3. On October 3, 2012, Copper Creek recorded a Trustees Deed Upon Sale as Document Number 201210030000564 of the Official Records of Clark County, Nevada (the **HOA Foreclosure Deed**), reflecting that Copper Creek purchased the Property at a foreclosure sale conducted by Hampton on Copper Creek's behalf on September 18, 2012 (the **HOA Sale**). Copper Creek has not transferred its interest in the Property and is still the title holder of record.

4. On December 19, 2016, BANA and Fannie Mae initiated a quiet title action against Copper Creek and Hampton in the United States District Court, District of Nevada, Case No. 2:16-cv-02934-RFB-PAL (the **Quiet Title Action**).

5. The parties have entered a confidential settlement agreement in which they have settled all claims between them in this case. This stipulation and order applies to the matters addressed in this particular case only and has no relevance to any other matter.

…
…
…
…
…
…
…
…

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

6. The parties acknowledge that the Deed of Trust survived and was not extinguished in any capacity by the HOA Sale or the recording of the HOA Foreclosure deed. Hampton and Copper Creek take no position regarding the ongoing validity of the Deed of Trust, but they do not dispute BANA and Fannie Mae's entitlement to the Order set forth herein confirming the Deed of Trust remains a valid encumbrance against the Property following the recording of the HOA Foreclosure Deed, or that Copper Creek's interest in the Property is subject to the Deed of Trust.

Dated this 17th day of September, 2018.

**AKERMAN LLP**

/s/ *Scott R. Lachman* _____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP and Federal National Mortgage Association*

Dated this 17th day of September, 2018.

**LIPSON NEILSON P.C.**

/s/ *Amber M. Williams*_____
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144

*Attorneys for Copper Creek Homeowners' Association*

Dated this 17th day of September, 2018.

/s/ *Brandon Wood*_____
BRANDON WOOD, ESQ.
Nevada Bar No. 12900
Nevada Association Services, Inc.
6224 W. Desert Inn Road
Las Vegas, Nevada 89146

*Attorneys for Hampton & Hampton P.C.*

APN 161-26-311-173
45975272;1

3

**ORDER**

Based on the above stipulation between Plaintiffs Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP and Federal National Mortgage Association, and Defendants Copper Creek Homeowners' Association and Hampton & Hampton, P.C., the Parties' agreement, and good cause appearing therefore,

IT IS ORDERED that the Deed of Trust recorded in the Official Records of Clark County, Nevada against the real property located at 5399 Bradford Pear Drive, Las Vegas, Nevada 89122, APN 161-26-311-173 (the **Property**) on November 30, 2006, as Document Number 20061130-0006621 was not extinguished, impaired, or otherwise affected by the foreclosure sale of the Property conducted by Hampton on Copper Creek's behalf on September 18, 2012 or the recording of the Trustees Deed Upon Sale in the Official Records of Clark County, Nevada, on October 3, 2012, as Document Number 201210030000564, reflecting that Copper Creek purchased the Property at the foreclosure sale. Copper Creek's interest in the Property is subject to the Deed of Trust.

IT IS FURTHER ORDERED that BANA shall be entitled to record this STIPULATION AND ORDER OF FINAL JUDGMENT CONFIRMING VALIDITY AND EXISTENCE OF DEED OF TRUST in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

DATED this 19th day of September, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

APN 161-26-311-173
45975272;1